UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| ROBERT RUFF, | ) |
| Petitioner, | ) |
| v. | ) Case No.: 1:18-cv-01917-LSC-TMP |
| FEDERAL BURREAU OF PRISONS, | ) |
| Respondent. | ) |

## MEMORANDUM OPINION

This is an action for a writ of habeas corpus action filed by petitioner Robert Ruff, *pro se*, pursuant to 28 U.S.C. § 2241. (Doc. 1). Ruff challenges information contained in the presentence report used in his 1983 sentencing. On March 27, 2019, the magistrate judge to whom the case was referred entered a report and recommendation that this petition be dismissed without prejudice due to the petitioner's failure to exhaust his administrative remedies. (Doc. 13). Although the magistrate judge advised the petitioner of his right to file objections to the report and recommendation, no objections have been filed.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the magistrate judge's Report and Recommendation, the court is of the opinion that the magistrate judge's findings are due to be and are hereby

**ADOPTED** and his recommendation is **ACCEPTED**. Accordingly, the petition for writ of habeas corpus is due to be **DISMISSED WITHOUT PREJUDICE**.

A separate Final Order will be entered.

**DONE** AND **ORDERED** ON MAY 3, 2019.

_____
L. SCOTT COOGLER
UNITED STATES DISTRICT JUDGE

160704